**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Zuanlaing Zhao, et al.<br>　　　　　　　　PLAINTIFF(S)<br>　　vs.<br>Washington Mutual Bank, F.A,. et al.<br>　　　　　　　　DEFENDANT(S). | CASE NUMBER<br>**CV 11-719-PSG (Ex)**<br><br>**DISMISSAL BY THE COURT**<br>**FOR FAILURE TO PROSECUTE** |

On June 3, 2011, the Court issued an Order to Show Cause for Lack of Prosecution. A written response to this Order to Show Cause was ordered to be filed no later than June 17, 2011.

To date, no written response to the Order to Show Cause has been filed with the Court.

Accordingly, it is hereby ORDERED and ADJUDGED that the above-entitled action be dismissed in its entirety.

DATED: ____June 21, 2011_____

Philip S. Gutierrez
U.S. District Judge